*E-Filed 1/14/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALFONSO CONTRERAS LEON, | No. C 12-6217 RS (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JOHN DOE, | |
| Defendant. | |

This is a federal civil rights action.  Plaintiff was ordered to, within 30 days, (1) file a complete *in forma pauperis* ("IFP") application, or (2) pay the filing fee.  He was also ordered to file a complaint within such time.  More than 30 days have passed, and plaintiff has not responded to the Court's order.  Accordingly, the action is DISMISSED without prejudice.  Any motion to reopen **must** contain (1) a complete IFP application (or payment of the filing fee of $350.00), **and** (2) a complaint containing plaintiff's allegations.  The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED**.

DATED: January 14, 2013

RICHARD SEEBORG
United States District Judge

No. C 12-6217 RS (PR)
ORDER OF DISMISSAL